In the Matter of STEPHANIE LEWIS, Appellant, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION et al., Respondents.

Decided September 1, 2015

Appeal, insofar as taken against respondents New York City Health and Hospitals Corporation and Bellevue Hospital Center, dismissed, without costs, by the Court of Appeals, sua sponte, as untimely taken (*see* CPLR 5513 [a], [d]); appeal, insofar as taken against respondent New York State Division of Human Rights, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.